26,094-10,11

Clerk
Court of Criminal Appeals of Texas
P.O. Box 13208, Capitol Station
Austin, Tx. 78711


September 10, 2015

Re: Disposition of Motion for Reconsideration (8-22-15)
    Writ #'s 26,094-10; 26,094-11
    Trial Court No's B93-6; B93-7
    198th. District Court, Kerr County Texas

Styled : NICOLAS ALBERT Jr. AKA NICOLAS ALLEN

Dear Clerk, Court of Criminal Appeals of Texas:

On August 22, 2015, I submitted for filing Motions for Reconsideration
in the above Writ No's.

Please advise me of the Courts disposition, if any.

Thank you in advance for your kind and prompt attention in my request
for information.


Albert Nicolas, Applicant
C.T. Terrell Unit, 635504
1300 FM 655
Rosharon, Tx. 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk